IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAKE GBOHUNMI AND STEPHANIE KEENE,<br>        *Plaintiffs,*<br><br>    **v.**<br><br>MOMENTUM ADVISORY COLLECTIVE,<br>        *Defendant.* | **Civil No. 24-1677** |

## ORDER

**AND NOW**, on this 24th day of September, 2025, upon consideration of Defendant Momentum Advisory Collective's Motion to Dismiss Counts I, II, and IV of Plaintiffs' Amended Complaint (ECF No. 9), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** as to Counts I and II and **DENIED** as to Count IV.  Plaintiffs' Section 1981 Claims (Counts I and II) are hereby **DISMISSED** with leave to amend.

BY THE COURT:

_____
MARY KAY COSTELLO, J.