IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALAKE GBOHUNMI AND STEPHANIE KEENE,**<br>     *Plaintiffs,*<br><br>     v.<br><br>**MOMENTUM ADVISORY COLLECTIVE,**<br>     *Defendant.* | Civil No. 24-1677 |

## ORDER

**AND NOW**, on this 24th day of September, 2025, upon consideration of Defendant Momentum Advisory Collective's Motion to Dismiss Counts I, II, and IV of Plaintiffs' Amended Complaint Pursuant to Federal Rule of Civil Procedure 41(b) (ECF No. 11) and Plaintiffs' Response, it is hereby **ORDERED** that Defendant's Motion is **DENIED**. It is further **ORDERED** that Defendant's Renewed Motion to Sever is **DENIED** as moot in light of this Court's September 24, 2025 Order Dismissing Counts I and II of Plaintiffs' Amended Complaint.

BY THE COURT:

_____
MARY KAY COSTELLO, J.