IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALAKE GBOHUNMI AND STEPHANIE KEENE,** *Plaintiffs,* v. **MOMENTUM ADVISORY COLLECTIVE,** *Defendant.* | Civil No. 24-1677 |

## ORDER

**AND NOW,** on this 19th day of December, 2025, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 23) and all corresponding briefing, it is hereby **ORDERED** that Defendant's Motion is **GRANTED.** Plaintiff's Second Amended Complaint is dismissed with prejudice.

BY THE COURT:

_____
MARY KAY COSTELLO, J.